FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 17 2005

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

KIEFFER DWAYNE THOMAS                                    PETITIONER

vs.                    CASE NO. 4:04cv00757 GH
                              4:03cr00061GH

UNITED STATES OF AMERICA                                  RESPONDENT

## JUDGMENT

Pursuant to the Order entered this date, the motion to vacate, set aside, or correct sentence is hereby denied.

IT IS SO ORDERED this 24th day of October, 2005.

*[signature]*
UNITED STATES DISTRICT JUDGE

-1-